CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 14 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL GEMAEHLICH, | ) | Civil Action No. 7:12cv00263 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| OCTAVIA L. JOHNSON *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) the court **DENIES** the defendants' motions to dismiss the plaintiff's § 1983 claims against deputies Kenneth Ferrell, Frank Porter, Jennifer Callahan, and Stephen Southerland in their individual capacities;

(2) the court **GRANTS** the defendants' motion to dismiss the plaintiff's § 1983 claim against Sheriff Octavia Johnson in her individual capacity;

(3) the court **GRANTS** the defendants' motions to dismiss the plaintiff's § 1983 claims against the defendants in their official capacities; and

(4) the court **GRANTS** the defendants' motions to dismiss the plaintiff's state-law assault and battery claims against each of the defendants.

**ENTER**: February 14, 2013.

_____
UNITED STATES DISTRICT JUDGE