CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL GEMAEHLICH<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12cv263 |
| v. | )<br>) | **ORDER** |
| OCTAVIA L. JOHNSON, individually and in her official capacity as Roanoke City Sheriff; *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, the court hereby **SUSTAINS** Gemaehlich's Objections to Magistrate Judge's Order of September 12, 2013 (Docket Item No. 130).

ENTER: September 27th, 2013.

/s/
UNITED STATES DISTRICT JUDGE

1