AT ROANOKE, VA
FILED

NOV 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL GEMAEHLICH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12cv00263 |
| v. | ) | **ORDER** |
| OCTAVIA L. JOHNSON, *et al.*, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the defendants' summary judgment motion is **GRANTED in part** and **DENIED in part**.

**ENTER:** This 21st day of November, 2013.

/s/
UNITED STATES DISTRICT COURT JUDGE